UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY MUNGIA | § | |
| | § | |
| v. | § | C.A. NO. C-03-221 |
| | § | |
| JO ANNE B. BARNHART | § | |

## MEMORANDUM OPINION AND ORDER GRANTING PLAINTIFF'S PETITION FOR ATTORNEY'S FEES

On May 21, 2004, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 24).  After ample opportunity, no objections have been filed by either party.  This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation.  *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).  This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's Petition for Attorney's Fees (D.E. 22) is GRANTED, and plaintiff's counsel is awarded attorney's fees of $2,294.25 (16.10 x $142.50 per hour) and costs in the amount of $280.13, for a total of $2,574.38.

ORDERED this ____31st____ day of ____May____, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE