# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY MUNGIA | § | |
| | § | |
| v. | § | C.A. NO. C-03-221 |
| | § | |
| JO ANNE B. BARNHART | § | |

## FINAL JUDGMENT

The Court enters final judgment awarding plaintiff's counsel attorney's fees in the amount of $2,574.38.

ORDERED this ___31___ day of ___May___, 2005.

_____
H. W. HEAD, JR.
CHIEF JUDGE